# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

GARY GLENN CLAUSE                                        PLAINTIFF

v.                              No. 4:26-cv-588-DPM

U.S. SUPREME COURT, Justice System,
SSID Network System                                     DEFENDANT

## JUDGMENT

Clause's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

_____15 June 2026_____